**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Webster Bank, National Association
                                            Plaintiff,

v.                                                          Case No.: 1:08−cv−00183
                                                               Honorable Charles P. Kocoras

Olga Yavorskaya
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Case called twice for status on 3/4/2008. No one appears. Status hearing set for 3/12/2008 at 9:30 a.m. Plaintiff's failure to appear for scheduled court hearings will result in the dismissal the complaint for want of prosecution. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.