# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 183 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Webster Bank, Natl Association vs. Yavorskaya | | |

**DOCKET ENTRY TEXT**

The complaint having been dismissed pursuant to plaintiff's notice [11] of voluntary dismissal, status hearing set for 5/29/2008 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|